**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARREN JAMES BURTON** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00678-JM-JTK**

**WHITE COUNTY JAIL, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the White County Jail are DISMISSED without prejudice; and

2. The White County Jail is TERMINATED as a party to this action.

Dated this 8th day of September, 2026.

UNITED STATES DISTRICT JUDGE